Thomas P. Riley
Law Offices Of Thomas P. Riley, P.C.
First Library Square
1114 Fremont Ave.
South Pasadena, CA 91030
California State Bar No. 194706
Fax: 626-799-9795
TPRLAW@att.net
Tel: 626-799-9797

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| G & G Closed Circuit Events, LLC, | Case No.: 2:18-cv-02886-MTL |
|---|---|
| Plaintiff, | PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| Oscar Alexander, et al., | |
| Defendants. | |

**NOW COMES** the Plaintiff, G & G Closed Circuit Events, LLC, by and through its attorneys of record, LAW OFFICES OF THOMAS P. RILEY, P.C. (Thomas P. Riley, Esq.), pursuant to Federal Rule of Civil Procedure 56(a), and hereby files this Motion for Summary Judgment against Defendants Oscar Alexander, individually and d/b/a Let It Roll Bowl, Stacy Anderson, individually and d/b/a Let It Roll Bowl, and Let It Roll Bowl, LLC, an unknown business entity d/b/a Let It Roll Bowl (hereinafter "Defendants"). For the reasons set forth in the accompanying Brief and the supporting documentation filed herewith, Plaintiff respectfully requests that its Motion for Summary

Judgment be granted and that this Court enter judgment against the Defendants as requested herein.

Respectfully submitted,

Dated:  December 20, 2019      /s/ Thomas P. Riley
                               **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                               By: Thomas P. Riley
                               Attorneys for Plaintiff
                               G & G Closed Circuit Events, LLC

# TABLE OF CONTENTS OF EXHIBITS

1. Affidavit of Amanda Hidalgo

2. Affidavit of Nicolas J. Gagliardi

3. Defendants' Collective Responses to Request for Admissions

4. Defendants' Financial Statement

5. Defendants Bar Seating Chart

6. Amazon Firestick Purchase Receipt

7. Event Registration Forms

8. Arizona Corporation Commission Records

9. Liquor License

10. Slingtv Terms of Service

11. Facebook Advertisement

12. *J & J Sports Productions, Inc. v. Salinas*, Case No. 17-cv-02100 (S.D.Tex. Dec. 4, 2018) (Dkt. No. 22).

13. *Joe Hand Promotions, Inc. v. Spain*, Case No. 2:15-cv-00152-PHX-SMM (D.Ariz. Aug. 5, 2016) (Dkt. No. 39)

# Exhibit 1

STATE OF ___Arizona

COUNTY OF_Maricopa

## **AFFIDAVIT**

I, the undersigned, being duly sworn according to law, deposes and says, that on September 16, 2017, at 5:10 pm, I entered Let It Roll Bowl, 8925 N. 12th Street, Phoenix, Arizona, 85020, telephone number (602) 944-4401.  The waitress is described as a White female, with a name tag "Adrianne" wearing a pink sleeveless shirt, black pants, 40 yrs, 5'5", 180 lbs, and brown hair.  I paid a $15.00 entry fee.  I did not purchase any food or drink.  I was provided with a wristband that is included with this affidavit.

Three (3) 48 inch televisions, a pull-down projection screen and one (1) television above the bar were showing the PPV Canelo vs Golovkin fight program.

During this investigation, I saw the PPV Canelo vs Golovkin fight card being shown on the above-described televisions and projection screen that was being broadcast by Sling TV.  I initially arrived at Let It Roll Bowl Lounge at 5:10 pm, and observed 2 employees behind the bar, using a remote control for the pull down screen described above.  They had some difficulty finding the fight.  Between 5:11 pm and 5:19 pm, I took still photos of the screen as the establishment signed up for a free 7-day trail of Sling TV, which offered the fight for free with signup.  The monthly rate was listed as $19.99.  The photos included on DVD, show various stages of the Sling TV signup process.  I left the establishment as 5:20 pm, as the establishment was still scrolling through various programs to find the fight.  I returned to the establishment at 6:20 pm, and observed a fight between Diego De La Hoya and Randy Caballero that was already in progress.  De La Hoya wore green trunks with white stripes and a red waistband while Caballero wore red trunks with gold stripes and a gold waistband.  In the 7th round, De La Hoya continued to dominate Caballero who seemed outclassed and was losing the fight.  Video footage was obtained and is being submitted with this affidavit.  It should also be noted that bar personnel had closed off the perimeter of the bar area from the rest of the bowling alley by using black curtains, thus requiring customers to pay an entry fee to watch the fight.  Finally, a copy of a Let It Roll Facebook Event advertisement for this fight is included in this affidavit.

I also observed the following distinguishing items inside this establishment: The bar area of Let It Roll Bowl is described as having a u-shaped bar with stools and televisions above the bar.  The bar area has an open floor with tables with Arizona team logos and black chairs located on the east side of the bar.  The bar has a black floor, black ceiling, a Touch Tone juke box in the corner, Bud Light banners, and various neon beer signs.

This establishment rates "Good".

The capacity of this establishment is approximately 30 persons.

Page 1 of 2

**AFFIDAVIT**

**(PPV Canelo vs Golovkin, Let it Roll Bowl, Phoenix, AZ continued)**

At the time of my appearance I counted the total number of patrons as approximately 12 persons.

I left the above establishment at 6:30 pm on September 16, 2017.

I noted the following license plates in the public parking lot: AMS4449, ARC8252, BYL4816, BHN5869, BXP2847, and CAW2152.

Amanda Hidalgo
Name of Investigator

Intelitec
Agency

(480) 688-4800
Telephone Number of Agency

Date: 9/29/17

Signature of Investigator

**NOTARY**

STATE OF ARIZONA

COUNTY OF Maricopa

On 9·29·17 before me, Angela Barker, Notary Public personally appeared Amanda Hidalgo, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument, the person executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Arizona that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature of Notary Public                    (Notary Seal)

Page 2 of 2

# Exhibit 2

1   Thomas P. Riley
    Law Offices Of Thomas P. Riley, P.C.
2   First Library Square
    1114 Fremont Ave.
3   South Pasadena, CA 91030
    California State Bar No. 194706
4   Fax: 626-799-9795
    TPRLAW@att.net
5   Tel: 626-799-9797
6
7   Attorneys for Plaintiff
    G & G Closed Circuit Events, LLC
8
9                UNITED STATES DISTRICT COURT
                    DISTRICT OF ARIZONA
10                    PHOENIX DIVISION
11
    G & G Closed Circuit Events, LLC,          Case No.: 2:18-cv-02886-MTL
12
              Plaintiff,                        PLAINTIFF'S AFFIDAVIT IN
13                                              SUPPORT OF PLAINTIFF'S MOTION
                                               FOR SUMMARY JUDGMENT
14        vs.
15  Oscar Alexander, et al.,
16            Defendants.
17
18
    STATE OF NEVADA              )
19                              ) SS:
    COUNTY OF CLARK             )
20
21        I, NICOLAS J. GAGLIARDI, being duly sworn, depose and state the following:
22        1.      I am the President of Plaintiff, G & G CLOSED CIRCUIT EVENTS, LLC,
23
    and as such I am fully familiar with the acts, circumstances, and proceedings heretofore
24
    had herein.
25
26        2.      I make this affidavit in support of Plaintiff's Motion for Summary
27
    Judgment.
28
          3.      G & G Closed Circuit Events, LLC is a closed circuit distributor of sports

-1-

and entertainment programming. Our company purchased and retains the exclusive commercial exhibition (closed circuit) licensing rights to the: *Gennady Golovkin v. Saul Alvarez IBF World Middleweight Championship Fight Program,* telecast nationwide on Saturday, September 16, 2017 (hereinafter referred to as the "Program"). In addition, G & G Closed Circuit Events, LLC has anti-piracy enforcement rights with respect to the Program. This Program included the main event between Golovkin (a/k/a "GGG") and Alvarez (a/k/a "Canelo"), as well as all undercard bouts and commentary encompassed in the television broadcast of the event. Our company thereafter marketed the sub-licensing (commercial exhibition) rights to our company's commercial customers. At no time did G & G Closed Circuit Events, LLC sublicense the Program to Oscar Alexander, individually and d/b/a Let It Roll Bowl, Stacy Anderson, individually and d/b/a Let It Roll Bowl, and/or Let It Roll Bowl, LLC, an unknown business entity d/b/a Let It Roll Bowl (hereinafter "Defendants"); moreover, as G & G Closed Circuit Events, LLC purchased and retains the exclusive commercial distribution rights no other company was authorized to transmit the Program to Defendants. In other words, the Program was legally available to commercial establishments, including those in Arizona, only through an agreement with Plaintiff.

4.     The contract attached as Exhibit "1" hereto is a true and accurate representation of the original Closed Circuit Television License Agreement I signed to obtain the exclusive commercial distribution rights to the Program, as well as the anti-piracy enforcement rights with respect to the Program.

5.     With the advent of pay-per-view programming, we began to experience serious erosion in the sales of our own proprietary programming to our commercial

customers throughout the United States.  In response, we embarked upon a nationwide program to police our signals for the purpose of identifying and prosecuting commercial establishments that pirate our programming, including the Program that forms the subject of this lawsuit.

6.    G & G Closed Circuit Events, LLC retained auditors and law enforcement personnel to detect and identify signal pirates.  To ensure that only locations that illegally obtained the Program were visited by the auditors, our company compiled our confidential list of customers (authorized and legal locations) who paid the required license fee to broadcast the Program, and this list was distributed to participating auditing and law enforcement agencies in strict confidence.

7.    The above-referenced Program contained several televised under-card bouts and color commentary, along with the main event. As set forth within the sworn affidavit of Amanda Hidalgo, the undercard event bout between Diego De La Hoya and Randy Caballero (which was part of the *Program* herein), was observed as being unlawfully exhibited by the establishment doing business as Let It Roll Bowl. At no time did Defendants or Let It Roll Bowl ever lawfully license the Program from G & G Closed Circuit Events, LLC for such a purpose.

8.    Domestic commercial establishments that wished to broadcast the Program were required to pay to my company a commercial sublicense fee to broadcast the Program. This sublicense fee for the Program was based on the capacity of the establishment and varies for each event. (Rate Card, Exhibit 2). The commercial fee for this establishment was $2,500.00

9.      It is essential that I communicate to the Court that to the best of my knowledge our programming is *not* and *cannot* be mistakenly, innocently or accidentally intercepted. This is because our programming is encrypted and it is only after we authorize a commercial activation that a commercial establishment may broadcast our signal.

10.     There are several methods by which a signal pirate can unlawfully intercept and broadcast our programming - included among these are (without limitation):

A.    The use of a "blackbox", "hotbox", or "pancake box" which is purchased for a fee and when installed on a cable TV line will allow for the descrambled reception of a pay-per-view broadcast, or

B.    The use of a "smartcard" or "text card" or "programming card" which is purchased for a fee and when installed on a DSS satellite receiver line will allow for the descrambled reception of a pay-per-view broadcast, or

C.    The purposeful misrepresentation of a commercial establishment as a residential property to allow the fraudulent purchase of pay-per-view (or prohibited) programming at the residential rate, or, notwithstanding the existence of a commercial account, the purchase of the particular Program by a commercial establishment at a residential rate in violation of the terms of service of the business account provider.

D.    The use of illegal cable drop or splice from an apartment or home adjacent to the commercial establishment premises: (which would purchase the broadcast at a residential price and divert the program to the commercial establishment), and/or

E.    The purchase of other illegal unencryption devices, and the purchase of illegal satellite authorization codes which are readily available on the internet, in trade publications, and through "word of mouth."

11.     By way of information, I wish to explain to the Court how the encryption process works.  In the parlance of the industry, my company is known as a "closed-circuit distributor".  This term dates back to the days when sporting events were exhibited to

viewers at venues (i.e., theaters, armories, banquet halls, auditoriums) that were leased and the television broadcast signal of the event being exhibited at these venues was transmitted on a closed-circuit basis.  In order to safeguard against the unauthorized interception or receipt of the Program, the interstate satellite transmission of the Program was electronically coded or scrambled and was not available to or intended for the use of the general public.  If a commercial establishment was authorized by Plaintiff to receive the Program, the establishment was provided with the electronic decoding equipment and the satellite coordinates necessary to receive the signal, or the establishment's cable or satellite provider would be notified to unscramble the reception of the Program for the establishment, depending upon the establishment's equipment and provider. (Aside from these commercial activations our company maintains no other relationship with programming providers.)

12.    It is respectfully submitted to this Honorable Court that the unchecked activity of signal piracy not only has resulted in our company's loss of several millions of dollars of sales revenue, but also has a detrimental effect upon lawful residential and commercial customers of cable and satellite broadcasting whose costs of service are increased significantly by these illegal activities, including the deprivation of tax revenue to the communities where our potential customers reside, and the denial of benefits such tax revenue would provide the residents of such communities.

13.    The persistent signal piracy of our programming costs our company, our customers, and their communities, millions of dollars annually resulting, in significant part, from the perceived lack of significant consequences (including nominal or minimal damage awards by the Courts that hear our cases).

14. For these reasons I ask this Honorable Court to grant up to the maximum allowance for statutory damages due to the fact that such actions are actions are *per se* intentional and, and do not and cannot occur without willful and intentional acts purposely designed to obtain our programming unlawfully.

15. Some courts have placed undue weight upon whether the promotion of programming by the signal pirates (rather than the exhibition of the programming itself) was done willfully and/or for commercial benefit. I would ask this Court to recognize that the willful and purposeful acts necessary to intercept and exhibit the programming precede whatever steps are (or are not taken) by the pirate establishment to promote our programming to their customers.

16. Based on my experience in the industry, pirates do not generally advertise the fact that they intend to exhibit our programming unlawfully to the public for the practical reason that they wish to avoid the unessential risk of detection. This of course does not preclude the very real possibility that the unlawful exhibition may well have been promoted by word of mouth or advertising that went undetected by our auditors, to their own customers to increase their financial gain on the night our programs are broadcast at their establishment.

17. Based on my experience in the industry, it is extremely unlikely that a pirate establishment would increase the costs of food or drink on the evening they broadcast one of our programs unlawfully. In fact, it is uncommon that even our legal locations would employ such a method to recover some of our commercial license lee back from their own customers. Our auditors do not benchmark the prices charged for food or drink at the pirate locations subsequent to conducting the field surveillance on the

evening our programming is broadcast, and thus it is undetermined whether the prices paid by an auditor at a pirate location on the night of the Program are in fact less than or equal to the normal prices charged by the pirate establishments.

18.    Based on my experience in the industry, the overwhelming majority of pirate establishments do not, and likely will not ever charge a cover or door charge to their customers on the evening our programming is exhibited. To do so would defeat the very purpose of pirating our programming in the first place, i.e., to lure or retain customers who seek to be entertained by our programming. If the pirate demanded a cover charge of its patrons then the competitive advantage the pirate held over our lawful (who regularly impose a cover charge), would dissipate and the pirate's patrons would be faced with a choice of viewing our programming at the pirate establishment or at our lawful customer's locations where the broadcast environment may be much more attractive (i.e., more monitors, bigger monitors, no risk of interference or interception, etc.).

19.    Let It Roll Bowl had no justification to steal our programming and exhibit it for its own financial benefit, and its actions denied our company of the commercial license fee to which it was rightfully entitled.

_____
Nicolas J. Gagliardi, President
G & G Closed Circuit Events, LLC

Sworn to before me on this 20th day
of December , 2019

_____
NOTARY PUBLIC

ANDREW BATEMAN
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 12-01-20
Certificate No: 17-1035-1

# Exhibit 3

1 Matthew A. Paré, Esq., California State Bar No.: 258434
**LAW OFFICE OF MATTHEW PARE, APC**
2 823 Anchorage Place, Suite 101
Chula Vista, CA 91914
3 Phone: (619) 869-4999
Fax: (619) 754-4581
4 e-mail: mattparelawca@gmail.com

5

6

7

8

9                          **UNITED STATES DISTRICT COURT**

10            **FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION**

| | | |
|---|---|---|
| 11 | G & G Closed Circuit Events, LLC, ) | Case No.: 2:18-cv-02886-JZB |
| 12 | Plaintiff, ) | **DEFENDANTS' RESPONSES TO REQUESTS FOR ADMISSIONS** |
| 13 | vs. ) | **PROPOUNDED BY PLAINTIFF G & G CLOSED CIRCUIT EVENTS, LLC [SET** |
| 14 | Oscar Alexander and Stacy Anderson, ) individually and d/b/a Let It Roll Bowl; and ) | **ONE]** |
| 15 | Let It Roll, LLC, an unknown business entity ) d/b/a Let It Roll Bowl, ) | *[Pursuant to Federal Rules of Civil Procedure, Rule 36]* |
| 16 | Defendants. ) | |
| 17 | **JURY TRIAL DEMANDED** ) | |
| 18 | ) | |
| 19 | ) | |

20

21  PROPOUNDING PARTY    :    G & G CLOSED CIRCUIT EVENTS, LLC

22  RESPONDING PARTIES   :    Stacy Anderson, Oscar Alexander, and Let It Roll LLC

23  SET NUMBER           :    One (1)

24  Pursuant to Federal Rules of Civil Procedure, Rule 36, and other applicable sections,

25  Defendants Stacy Anderson, Oscar Alexander, and Let It Roll LLC (hereinafter "Defendants", or

26  "Responding Parties") hereby object and respond to plaintiff G & G Closed Circuit Events, LLC's

27  (hereinafter "Plaintiff" or "Propounding Party") Requests for Admissions, Set One as follows:

28

1  PRELIMINARY STATEMENT

2  OBJECTIONS

3      These responses and objections are made solely for the purpose of this action.  Each

4  response is subject to any and all objections as to competence, relevance, materiality, propriety and

5  admissibility and any and all objections and grounds that would require the exclusion of any

6  statement contained in any response, if such request were asked of, or any statement contained

7  therein were made by, a witness present and testifying in court, all of which objections and

8  grounds are hereby preserved and may be interposed at the time of arbitration and/or trial.

9  The following responses are based upon information presently available to responding party and

10  its attorneys and, except for explicit facts admitted herein, no incidental or implied admissions are

11  intended hereby.  That responding parties have responded to any request for admission herein

12  should not be taken as an admission that responding parties accept or admit the existence of any

13  facts set forth or assumed by such request, or that such response constitutes admissible evidence.

14  That responding parties have responded to part or all of any such request for admission herein is

15  not intended and shall not be construed to be a waiver by Defendants of all or any part of any

16  objection to any such request.

17      To the extent that any or all of the requests for admissions herein call for information or

18  material prepared in anticipation of litigation and/or trial, or information or material covered by the

19  work product doctrine, or which constitutes information which is privileged by virtue of the

20  attorney-client privilege, responding parties object to such requests, and thus, will not supply or

21  render any information or material protected from discovery by virtue of the attorney-client

22  privilege or the attorney work product doctrine.

23  **RESPONESS TO REQUESTS FOR ADMISSIONS**

24  **Request for Admission No. 1:**

25      YOU did not order the EVENT for the ESTABLISHMENT from G & G Closed Circuit

26  Events, LLC.

27  ///

1   **Response to Request for Admission No. 1:**

2      Admit.

3   **Request for Admission No. 2:**

4      No one else ordered the EVENT for the ESTABLISHMENT from G & G Closed Circuit

5   Events, LLC, on your behalf.

6   **Response to Request for Admission No. 2:**

7      Objection. Calls for speculation as to the actions of others. Subject to the foregoing

8   objection, responding parties respond as follows: Admit responding parties did

9   not order the event from G & G Closed Circuit Events, LLC

10   **Request for Admission No. 3:**

11      YOU did not pay a licensing fee for the EVENT for the ESTABLISHMENT to G & G

12   Closed Circuit Events, LLC.

13   **Response to Request for Admission No. 3:**

14      Admit.

15   **Request for Admission No. 4:**

16      No one else paid a licensing fee for the EVENT for the ESTABLISHMENT to G & G

17   Closed Circuit Events, LLC on your behalf.

18   **Response to Request for Admission No. 4:**

19      Objection. Calls for speculation as to the actions of others. Subject to the foregoing

20   objection, responding parties respond as follows: Admit responding parties did

21   not order the event from G & G Closed Circuit Events, LLC

22   **Request for Admission No. 5:**

23      YOU did not order the EVENT for the ESTABLISHMENT from any other authorized

24   party acting on behalf of G & G Closed Circuit Events, LLC

25   **Response to Request for Admission No. 5:**

26      Objection. Calls for speculation as to who G & G Closed Circuit Events, LLC authorized

27   and who was acting on its behalf. Subject to and without waiving the foregoing objection,

1   Defendants respond as follows: Admit that responding parties did not order the event from G & G

2   Closed Circuit Events, LLC.

3   **Request for Admission No. 6:**

4          No one else ordered the EVENT for the ESTABLISHMENT from any other authorized

5   party acting on behalf of G & G Closed Circuit Events, LLC, on your behalf.

6   **Response to Request for Admission No. 6:**

7          Objection.  Calls for speculation as to who G & G Closed Circuit Events, LLC authorized

8   and who was acting on its behalf and speculation as to the actions of others.  Subject to and

9   without waiving the foregoing objection, Defendants respond as follows: Admit that responding

10  parties did not order the event from G & G Closed Circuit Events, LLC

11  **Request for Admission No. 7:**

12          YOU ordered the EVENT from DirecTv.

13  **Response to Request for Admission No. 7:**

14          Deny.

15  **Request for Admission No. 8:**

16          YOU ordered the EVENT from Dish Network.

17  **Response to Request for Admission No. 8:**

18          Deny.

19  **Request for Admission No. 9:**

20          YOU ordered the EVENT from YOUR local cable company.

21  **Response to Request for Admission No. 9:**

22          Deny.

23  **Request for Admission No. 10:**

24          In advance of the EVENT, YOU advertised that the EVENT would be telecast at the

25  ESTABLISHMENT.

26  **Response to Request for Admission No. 10:**

27          Admit.

1    **Request for Admission No. 11:**

2        In advance of the EVENT, some other person, acting on your behalf, advertised that the

3    EVENT would be telecast at the ESTABLISHMENT.

4    **Response to Request for Admission No. 11:**

5        Deny.

6    **Request for Admission No. 12:**

7        Acting on YOUR behalf, YOUR employees advertised that the EVENT would be telecast

8    within the ESTABLISHMENT.

9    **Response to Request for Admission No. 12:**

10       Deny.

11   **Request for Admission No. 13:**

12       The EVENT was shown in the ESTABLISHMENT on Saturday, September 16, 2017.

13   **Response to Request for Admission No. 13:**

14       Admit.

15   **Request for Admission No. 14:**

16       YOU were personally aware that a commercial sub-licensing fee had to be paid to G & G

17   Closed Circuit Events, LLC in order to lawfully telecast the EVENT in the ESTABLISHMENT.

18   **Response to Request for Admission No. 14:**

19       Deny.

20   **Request for Admission No. 15:**

21       You paid commercial sub-licensing fees to G & G Closed Circuit Events, LLC previously.

22   **Response to Request for Admission No. 15:**

23       Deny.

24   **Request for Admission No. 16:**

25       YOU paid commercial sub-licensing fees to other companies, previously.

26   **Response to Request for Admission No. 16:**

27       Deny.

1   **Request for Admission No. 17:**

2       The ESTABLISHMENT is presently licensed to exhibit *NFL Sunday Ticket© Football*

3   *Programming Package* from DirecTv.

4   **Response to Request for Admission No. 17:**

5       Deny.

6   **Request for Admission No. 18:**

7       The ESTABLISHMENT was previously licensed to exhibit *NFL Sunday Ticket© Football*

8   *Programming Package* from DirecTv.

9   **Response to Request for Admission No. 18:**

10       Admit.

11   **Request for Admission No. 19:**

12       Patrons of the ESTABLISHMENT watched the EVENT within the ESTABLISHMENT on

13   Saturday, September 16, 2017.

14   **Response to Request for Admission No. 19:**

15       Admit.

16   **Request for Admission No. 20:**

17       On Saturday, September 16, 2017, the ESTABLISHMENT required its patrons to pay a

18   cover charge (or some type of entrance fee) to enter the ESTABLISHMENT's premises while the

19   EVENT was broadcast.

20   **Response to Request for Admission No. 20:**

21       Admit.

22   **Request for Admission No. 21:**

23       Prior to Saturday, September 16, 2017, the ESTABLISHMENT exhibited other pay-per-

24   view broadcasts.

25   **Response to Request for Admission No. 21:**

26       Admit.

27   / / /

1 **Request for Admission No. 22:**

2      On Saturday, September 16, 2017, the ESTABLISHMENT had a television programming

3 account with DirecTv.

4 **Response to Request for Admission No. 22:**

5      Admit.

6 **Request for Admission No. 23:**

7      The EVENT exhibited at the ESTABLISHMENT was obtained after YOU paid DirecTv a

8 residential rate sublicensing fee.

9 **Response to Request for Admission No. 23:**

10      Deny.

11 **Request for Admission No. 24:**

12      The EVENT was received in the ESTABLISHMENT because an illegal decoder box was

13 used in the ESTABLISHMENT.

14 **Response to Request for Admission No. 24:**

15      Deny.

16 **Request for Admission No. 25:**

17      The EVENT was received in the ESTABLISHMENT because satellite service television

18 programming services the ESTABLISHMENT.

19 **Response to Request for Admission No. 25:**

20      Deny.

21 **Request for Admission No. 26:**

22      The Event was received in the ESTABLISHMENT because YOU moved a satellite

23 receiver box into the ESTABLISHMENT.

24 **Response to Request for Admission No. 26:**

25      Deny.

26 **Request for Admission No. 27:**

27      The EVENT was received in the ESTABLISHMENT because YOU employed some other

1    means to intercept or receive the EVENT.

2    **Response to Request for Admission No. 27:**

3        Admit that the event was purchased through SlingTV using an Amazon Firestick.

4    **Request for Admission No. 28:**

5        The EVENT was received at the ESTABLSHMENT because YOU ordered the EVENT

6    from an internet programming provider (i.e. website).

7    **Response to Request for Admission No. 28:**

8        Admit that the event was purchased through SlingTV using an Amazon Firestick.

9    **Request for Admission No. 29:**

10        YOU are an owner of the ESTABLISHMENT.

11    **Response to Request for Admission No. 29:**

12        Admit  as to the business entity Let It Roll LLC only.

13    **Request for Admission No. 30:**

14        YOU are the manager of the Establishment.

15    **Response to Request for Admission No. 30:**

16        Objection.  Vague as to time.  Subject to the objection, responding parties respond as

17    follows: Admit as to Stacy Anderson only.

18    **Request for Admission No. 31:**

19        YOU are an officer of the entity owning the ESTABLISHMENT.

20    **Response to Request for Admission No. 31:**

21        Admit.

22    **Request for Admission No. 32:**

23        YOU were inside the ESTABLISHMENT on the night the EVENT was broadcast.

24    **Response to Request for Admission No. 32:**

25        Admit as to Stacy Anderson only.

26    **Request for Admission No. 33:**

27        YOU were inside the ESTABLISHMENT the day of the EVENT was broadcast.

1    **<u>Response to Request for Admission No. 33:</u>**

2        Admit as to Stacy Anderson only.

3    **<u>Request for Admission No. 34:</u>**

4        The employees at the ESTABLISHMENT act as agents on YOUR behalf.

5    **<u>Response to Request for Admission No. 34:</u>**

6        Objection.  Calls for legal conclusion as to agency and is vague and ambiguous as to what

7   actions are being referenced.  Subject to and without waiving the foregoing objections, responding

8   parties respond as follows: Deny.

9    **<u>Request for Admission No. 35:</u>**

10       The television monitors within the ESTABLISHMENT exist for the viewing pleasure of

11   the ESTABLISHMENT's patrons.

12   **<u>Response to Request for Admission No. 35:</u>**

13       Admit as to some of the monitors.

14   **<u>Request for Admission No. 36:</u>**

15       The ESTABLISHMENT exhibits television programming that is believed to be of interest

16   to the Establishment's patrons.

17   **<u>Response to Request for Admission No. 36:</u>**

18       Admit.

19   **<u>Request for Admission No. 37:</u>**

20       The EVENT was broadcast at the ESTABLISHMENT while food was sold to patrons.

21   **<u>Response to Request for Admission No. 37:</u>**

22       Admit.

23   **<u>Request for Admission No. 38:</u>**

24       The EVENT was broadcast at the ESTABLISHMENT while alcoholic beverages were sold

25   to patrons.

26   **<u>Response to Request for Admission No. 38:</u>**

27       Admit.

**Request for Admission No. 39:**

The EVENT was broadcast at the ESTABLISHMENT while non-alcoholic beverages were sold to patrons.

**Response to Request for Admission No. 39:**

Admit.

**Request for Admission No. 40:**

YOU personally informed patrons the EVENT would be exhibited at the ESTABLISHMENT.

**Response to Request for Admission No. 40:**

Admit as to Stacy Anderson only.

**Request for Admission No. 41:**

YOU personally informed employees the EVENT would be exhibited at the ESTABLISHMENT.

**Response to Request for Admission No. 41:**

Admit as to Stacy Anderson only.

**Request for Admission No. 42:**

YOU Acknowledge G & G Closed Circuit Events, LLC has been damaged by your actions.

**Response to Request for Admission No. 42:**

Deny.

**Request for Admission No. 43:**

YOU were notified of G & G Closed Circuit Events, LLC's claims against you before you were sued.

**Response to Request for Admission No. 43:**

Admit.

**Request for Admission No. 44:**

YOU knew the ESTABLSHMENT was not properly authorized to exhibit the EVENT.

/ / /

1 **Response to Request for Admission No. 44:**

2     Deny.

3 **Request for Admission No. 45:**

4     YOU knew that the ESTABLISHMENT did not obtain a commercial license to exhibit the

5 EVENT.

6 **Response to Request for Admission No. 45:**

7     Deny.

8 **Request for Admission No. 46:**

9     YOU knew that commercial establishments were required to have a commercial license to

10 broadcast pay-per-view boxing events.

11 **Response to Request for Admission No. 46:**

12     Objection, vague and ambiguous as to what events are being referenced and by what means

13 of transmission.  Subject to these objections, Deny.

14 **Request for Admission No. 47:**

15     The ESTABLISHMENT has a commercial account with the telephone company.

16 **Response to Request for Admission No. 47:**

17     Deny, it is called a business account.

18 **Request for Admission No. 48:**

19     The ESTABLISHMENT has a commercial account with the electric company.

20 **Response to Request for Admission No. 48:**

21     Deny, it is called a business account.

22 **Request for Admission No. 49:**

23     The ESTABLISHMENT has a commercial account with the gas company.

24 **Response to Request for Admission No. 49:**

25     Deny, it is called a business account.

26 **Request for Admission No. 50:**

27     The ESTABLISHMENT has a commercial account with the water company.

1 **Response to Request for Admission No. 50:**

2      Deny, it is called a business account.

3 **Request for Admission No. 51:**

4      The ESTABLISHMENT has a commercial account with the garbage or refuse company.

5 **Response to Request for Admission No. 51:**

6      Deny, it is called a business account.

7 **Request for Admission No. 52:**

8      The ESTABLISHMENT is a party to a commercial lease presently in effect.

9 **Response to Request for Admission No. 52:**

10      Admit.

11 **Request for Admission No. 53:**

12      The ESTABLISHMENT was party to a commercial lease as of Saturday, September 16,

13 2017.

14 **Response to Request for Admission No. 53:**

15      Admit.

16 Date: November 22, 2019                   LAW OFFICE OF MATTHEW PARE, APC

17

18                                     By: /s/ Matthew A. Pare

19                                     Matthew A. Paré, Esquire
                                    Attorney for Defendants

20

21

22

23

24

25

26

27

28

# Exhibit 4

## Financial Statement - Canelo vs Golovkin
### September 16, 2017 - Total Guest 27

| Revenue | Qty | Value | Total |
|---|---|---|---|
| Entry Fees (early) | 18 | $ 10.00 | $ 180.00 |
| Entry Fees (walk-in) | 10 | $ 15.00 | $ 150.00 |
| Liquor | | | $ 150.00 |
| Food | | | $ 65.00 |
| Total Money Received | | | $ 545.00 |

| Expenses | Qty | Value | Total |
|---|---|---|---|
| Fight Purchase | 2 | $ 80.00 | $ (160.00) |
| 2 - Security Guards | 8 | $ 20.00 | $ (160.00) |
| 4 - Staffing | 16 | $ 10.00 | $ (160.00) |
| Total Expense | | | $ (480.00) |

| Net Revenue/Loss | | | $ 65.00 |
|---|---|---|---|

# Exhibit 5

# BAR SEATING CHART

## KEY

| BAR | TABLES | TV'S/ PROJECTORS |
|-----|--------|------------------|
| SIDEWALL | | |

TV #1 - 48"

TV #2 - 48"    TV #3 - 48"

1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17

E
N — S
W

KINGPIN

11

TV #1 - 48"

10

9

8

7
TV #6 - 48"

6

5

Table 1

Table 2

Table 3

Table 6

Table 5

Table 4

1

TV #2 - 48"

2

3

4

TV #5 - 48"

100' Projector Screen

# Exhibit 6

Print this page for your records

Order Placed: August 2, 2017
Amazon.com order number: 111-9052483-3056612
Order Total: $57.31

## Shipped on August 5, 2017

**Items Ordered**                                                                                    Price
1 of: *Fire TV Stick with Alexa Voice Remote | Streaming Media Player*                             $39.99
Sold by: Amazon Digital Services, Inc

Condition: New

**Shipping Address:**
Let It Roll Bowl                                                              Item(s) Subtotal: $39.99
8925 N 12TH ST                                                          Shipping & Handling:  $0.00
PHOENIX, AZ 85020-3044                                                                         -----
United States                                                              Total before tax: $39.99
                                                                                  Sales Tax:  $3.44
**Shipping Speed:**                                                                            -----
Two-Day Shipping                                                   **Total for This Shipment:$43.43**

## Shipped on August 5, 2017

**Items Ordered**                                                                                    Price
2 of: *Sharps Container Biohazard Needle Disposal - 1 Quart - Pack of 2*                            $6.94
Sold by: Joyous Discount (seller profile)

Condition: New

**Shipping Address:**
Let It Roll Bowl                                                              Item(s) Subtotal: $13.88
8925 N 12TH ST                                                          Shipping & Handling:  $0.00
PHOENIX, AZ 85020-3044                                                                         -----
United States                                                              Total before tax: $13.88
                                                                                  Sales Tax:  $0.00
**Shipping Speed:**                                                                            -----
Two-Day Shipping                                                   **Total for This Shipment:$13.88**

## Payment information

**Payment Method:**                                                          Item(s) Subtotal: $53.87
Visa | Last digits: 6714                                                Shipping & Handling:  $0.00
                                                                                              -----
**Billing address**                                                        Total before tax: $53.87
stacy anderson                                              Estimated tax to be collected:  $3.44
925 W BASELINE RD # H105-3                                                                     -----
TEMPE, AZ 85283-1100                                                       **Grand Total:$57.31**
United States

**Credit Card transactions**
                                                           Visa ending in 6714: August 5, 2017:$13.88
                                                           Visa ending in 6714: August 3, 2017:$43.43

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2016, Amazon.com, Inc. or its affiliates

# Exhibit 7

# Event Registration Form

**LET IT ROLL** BOWL & ENTERTAINMENT

Event Date: 9/16/17    Lane #s: 10

Booking Name: _____

Booking? Y

Deposit Required on ALL parties or __ __ __ (% deposit) $_____ QUOTE:$ _____

Special Instructions or requests: Canelo & Triple G Fight in bar

First Contact Employee: _____  Roman R.    Date _____

JOSE FRANCO — NO NUMBER

Pg 1 OF 18

# Event Registration Form

Let It Roll

Event Date: _Sat_ 9/16/17     Lane #s: _10_

Date of Previous Booking: _____

*Let It Roll Bowl*
*8925 N. 12th Street*
*Phoenix, AZ*
*602-944-4401*

9/15/2017        4:01 PM

Income 4:01 PM            10.00
1 Bar Event Deposit       10.00 $
WANDA TAKACIS DEPOSIT PAID
FIGHT 9.16.17 MELANIE

Grand total:              1:?:??
Transaction no.           21
Receipt no.

$$ Dollar Madness on Mon

229 4219 Email _____

☐ Coupon  ☐ R-N-C  ☐ School  ☐ Open
_____  Event Time: _____ 5pm

Y  N (check availability)   # of People: _2_
*in Ultimate & Birthday #1 Packages*   # of Hours: _____

t:          Other:
timate    ☐ FFP
remium   ☐ Groupon
          ☐ Other

| QTY | LANE(S) # |
|-----|-----------|
|     |           |

Time: _____  Rescheduled: _____

**Deposit Required on ALL parties of 20 or more (25% deposit) $**_____  **QUOTE:$** _Table 3_

ecial Instructions or requests: _____

First Contact Employee: _Mel_ _____   Date _9/15/17_

Wanda Takacis - 480-229-4219

Pg 2 of 18

# Event Registration Form

**LET IT ROLL**

Event Date: 9/11/17          #in Party: 15

Date of Previous Booking: _____

9/15/2017

6:16 PM

Let It Roll Bowl
8925 N. 12th Street
Phoenix, AZ
602-944-4401

Income 6:16 PM
1 Bar Event Deposit
Edgar bar deposit for Canelo
and triple g -jr          15.00

Grand total:              15.00 $

Transaction no.          3-2-6
Receipt no.              1

$$ Dollar Madness on Mon

4530 ____ Email _____

☐ League ☐ Coupon ☐ R-N-C ☐ School Other ___

Event Time: _____
# of People: _____
N (check availability)     # of hours 1, 2, 3

| QTY | LANE(S) # |
|-----|-----------|

*Other:*
☐ FFP ☐ Living Social
☐ Groupon ☐ No Package Purchased

_____ eposit) $_____     QUOTE:$_____     Table 2

Special Instructions or requests: Canelo and Triple G Fight

gnature: _____ Date _____ Restaurant Signature_____

First Contact Employee: Juan Ruiz          Date 9/15/17

Edgar R. - 602-819-4530

Pg 3 oF 18

# Event Registration Form

**LET IT ROLL**
BOWL & ENTERTAINMENT

Event Date: 9/16/17     Lane #s: P

Booking Name: _____

Previous Booking? Y N     Date of Previous Booking: _____

_____ Email _____

oupon ☐ R-N-C ☐ School ☐ Open

Event Time: 9:30 pm

check availability)     # of People: X  1

ate & Birthday #1 Packages) # of Hours: _____

**Other:**
☐ FFP
☐ Groupon
☐ Other

| QTY | LANE(S) # |
|-----|-----------|
| Bar | +# 24 |

sit) $ _____     QUOTE:$ _____

Special Instructions or requests: Canelo ps Triple G Fight

First Contact Employee: Roman R.     Date _____

5:39 PM

9/15/2017

Let It Roll Bowl
8925 N. 12th Street
Phoenix, AZ
602-944-4401

*** Duplicate ***

Income 6:39 PM
1 Bar Event Deposit.
DEPOSIT PAID FOR DOUG WEST
-TORI :)     10.00

Grand total:     10.00 $

Transaction no.     3 2 9
Receipt no.     3

$$ Dollar Madness on Mon

Doug WEST – No Number

# Event Registration Form

**LET IT ROLL**
BOWL & ENTERTAINMENT

Event Date: Sat 9/16/17     Lane #s: _____
Booking Name: _____
Previous Booking? Y N    Date of Previous Booking: _____

**CONTACT INFORMATION:**

o)
388-6794 Email _____

☐ gue ☐ Coupon ☐ R-N-C ☐ School ☐ Open

:: _____ Event Time: 6:00

m Y N (check availability)   # of People: 4

'ed in Ultimate & Birthday #1 Packages) # of Hours: _____

ult:    **Other:**
☐ Jltimate   ☐ FFP
☐ Premium   ☐ Groupon
     ☐ Other

| QTY | LANE(S) # |
|-----|-----------|
|     |           |

LET-IT-ROLL BOWL
8925 N 12TH ST
PHOENIX AZ 85020
602-944-4401
Terminal ID: 01860856
9/15/17
VISA - MANUAL
ACCT #: ***********9541
CREDIT SALE
UID: 725839103827
BATCH #: 357
AMOUNT
6846
7:40 PM
REF #: 0874
AUTH #: 021970
$40.00
APPROVED
CUSTOMER COPY

Time: _____ Rescheduled: _____ Initial: _____

**Deposit Required on ALL parties of 20 or more (25% deposit) $_____ QUOTE:$_____**
ɔecial Instructions or requests:     Fight Night

First Contact Employee: Rachel Miller     Date 9/15/17

James Clark — 480-388-6794

Pg 5 OF 18

# Event Registration Form

**LET IT ROLL**
BOWL & ENTERTAINMENT

Event Date: _9/16/17_     Lane #s: _____

Booking Name: _____

_____ Booking? Y N     Date of Previous Booking: _____

_____ Email _____

8:12 PM

9/15/20_____

Let It Roll Bowl
3925 N 12th Street
Phoenix, AZ
602-944-4401

Income 8:12 PM
1 Bar Event Deposit
Ron Griffin deposit for canelo
fight -jr

10.00

Grand total:     10.00 $

Transaction no.     3 2 21
Receipt no.           11

$$ Dollar Madness on Mon

☐ Coupon ☐ R-N-C ☐ School ☐ Open

Event Time: _6 pm_

Y N (check availability)     # of People: _1 person_
in Ultimate & Birthday #1 Packages) # of Hours: _____

t:           Other:
timate    ☐ FFP
emium   ☐ Groupon
            ☐ Other

| QTY | LANE(S) # |
|-----|-----------|
|     |           |

Deposit Required on ALL parties of _____     deposit) $_____     QUOTE:$ _____

Special Instructions or requests: _Canelo Fight_

First Contact Employee: _Juan Ruiz_     Date _____

Ron Griffin - No Number

# Event Registration Form

Lane #s: _____

Date of Previous Booking: _____

**Receipt (rotated):**

```
5:38 PM

9/15/2017

Let It Roll Bowl
8925 N. 12th Street
Phoenix, AZ
602-944-4401

*** Duplicate ***

Income 8:38 PM
1 Bar Event Deposit          10.00
FIGHT PAID FOR DAN RESKO
-TORI:)

Grand total:              10.00 $

Transaction no.            3-2-22
Receipt no.                    12

$$ Dollar Madness on Mon
```

57   Email _____

upon ☐ R-N-C ☐ School ☐ Open

_____  Event Time: 6 PM

eck availability)    # of People: 1
& Birthday #1 Packages) # of Hours: _____

*Other:*
☐ FFP
☐ Groupon
☐ Other

| QTY | LANE(S) # |
|-----|-----------|
|     | Seat 28   |

Time: _____   Rescheduled: _____   Initial: _____

**Deposit Required on ALL parties of 20 or more (25% deposit) $_____   QUOTE:$ _____**

ecial Instructions or requests:

First Contact Employee: _____   Date 9|15|17

Dan Resko - 815-690-1157

Pg 7 of 18

# Event Registration Form

**LET IT ROLL**

Event Date: Saturday 9/16/17   Lane #s: # 20   seat

Date of Previous Booking: _____

9/16/2017

Let It Roll Bowl
8925 N. 12th Street
Phoenix, AZ
602 944-4401

*** Duplicate ***

Income 2:28 PM
1 Bar Event Deposit
SCOTT BUSCHA FIGHT 9.16.17
DEPOSIT -MELANIE

2:28 PM

Grand total:   10.00 $
Transaction no.   1-2-29
Receipt no.   15

10.00

$$ Dollar Madness on Mon

e:   Email   -on Site-

coupon ☐ R-N-C ☐ School ☐ Open
_____   Event Time: 5pm
check availability)   # of People: 1
ate & Birthday #1 Packages) # of Hours: Fight

**Other:**
☐ FFP
m   ☐ Groupon
☐ Other

| QTY | LANE(S) # |
|-----|-----------|

Time: _____  Rescheduled: _____  _____

**Deposit Required on ALL parties of 20 or more (25% deposit) $_____   QUOTE:$   10**

special Instructions or requests:

First Contact Employee:   Melanie                                    Date  9/16/17

Scott Buscha - No Number

Fight Pd In Full

# Event Registration Form

**LET IT ROLL** Event Date: Saturday ...

---

9/16/2017
2:40 PM
Let It Roll Bowl
8925 N. 12th Street
Phoenix, AZ
602 944 4401

Income 2:36 PM
1 Bar Event Deposit
Tony Demiguel fight paid in
Full -tmm/jr                20.00

Grand total:              20.00 $

Transaction no.
Receipt no.          1-2-30
                         16

---

$$ Dollar Madness on Mon

Transaction no.       2-1-3
Receipt no.               1

Grand total:          15.00 $

Income 6:22 PM
1 Bar Event Deposit
Tony Demiguel fight x-tra
person -jr                  15.00

*** Duplicate ***

Let It Roll Bowl
8925 N. 12th Street
Phoenix, AZ
602-944-4401

9/16/2017
6:22 PM

---

Time: _____ Rescheduled: _____ Initial: _____

**Deposit Required on ALL parties of 20 or more (25% deposit) $_____ QUOTE:$ _____**

Special Instructions or requests: _____ Table 6

First Contact Employee: _____ Date _____

Tony Demiguel - 602-295-3476

Pg 9 of 18

# Event Registration Form

**LET IT ROLL**
BOWL & ENTERTAINMENT

**Event Date:** 9/16/17     **Lane #s:** _____

**Booking Name:** _____

~~Previous~~ Booking? Y N     **Date of Previous Booking:** _____

9/16/2017

6:07 PM

Let It Roll Bowl
8925 N. 12th Street
Phoenix, AZ
602-944-4401

Income 6:06 PM
1 Bar Event Deposit

Grand total:          10.00 $
                       10.00 $
Transaction no.        2-2-21
Receipt no.            6

$$ Dollar Madness on Mon

602-
199-4308   Email ___—___

☐ ~~L~~eague ☐ Coupon ☐ R-N-C ☐ School ☐ Open

~~Ti~~me: _____     Event Time: 5pm

~~Party~~ Room Y N (*check availability*)     # of People: ___1___

~~included~~ in Ultimate & Birthday #1 Packages) # of Hours: _____

**Adult:**
☐ Ultimate
☐ Premium

**Other:**
☐ FFP
☐ Groupon
☐ Other

| QTY | LANE(S) # |
|-----|-----------|
|     | Seat 21 (Bar) |

**Deposit Required on ALL parties** ~~of 25 or more~~     (25% deposit) $_____     QUOTE:$ _____

Special Instructions or requests: _____

First Contact Employee: _____RR_____     Date _____

Randy - 602-999-4308

Pg 10 of 18

# Event Registration Form

**LET IT ROLL**

Event Date: _____   Lane #s: Seat 16

**N**   Date of Previous Booking: _____

7:04 PM

9/16/2017

Let It Roll Bowl
8925 N. 12th Street
Phoenix, AZ
602-944-4401

Income 7:04 PM
1 Bar Event Deposit
DEPOSIT FOR FIRST NIGHT   15.00

Grand total:   15.00 $

Transaction no   2-2-34

Receipt no   10

$5 Dollar Madness on Mon

_____ Email _____

_____ue ❑ Coupon ❑ R-N-C ❑ School ❑ Open

_____   Event Time: _____

m Y N (check availability)   # of People: _____

ted in Ultimate & Birthday #1 Packages) # of Hours: _____

**lult:**   **Other:**
Ultimate   ❑ FFP
Premium   ❑ Groupon
   ❑ Other

| QTY | LANE(S) # |
|-----|-----------|
|     |           |

Paid #15

Time: _____ Rescheduled: _____   Initial: _____

**Deposit Required on ALL parties of 20 or more (25% deposit) $_____   QUOTE:$ _____**

Special Instructions or requests: _____

First Contact Employee: _____   Date _____

No Name - Walk-In / No Number

Pg 11 of 18

# Event Registration Form

**LET IT ROLL**

**Event Date:** 9/16/17  **Lane #s:** _____

**Booking Name:** _____

**Date of Previous Booking:** _____

_____  Email _____

❏ Coupon  ❏ R-N-C  ❏ School  ❏ Open

_____  **Event Time:** 7:30

/ N (check availability)  # of People: _____

n Ultimate & Birthday #1 Packages)  # of Hours: _____

**Other:**

imate  ❏ FFP

emium  ❏ Groupon

❏ Other   Bar  seats

| QTY | LANE(S) # |
|-----|-----------|
|     | 19 + 20   |

**Deposit Required on ALL parties of 20 or more (25% deposit) $** _____  **QUOTE:$** _____

**Special Instructions or requests:**  Watch  the  fight

**First Contact Employee:** _____ RR  **Date** 9/16

*(left side receipt, rotated:)*

7:32 PM

9/16/2017

Let It Roll Bowl
8925 N. 12th Street
Phoenix, AZ
602-944-4401

Income 7:32 PM
1 Bar Event Deposit
CALLED FOR JOSE DIAZ
RESERVATION -RR

20.00

Grand total:  20.00 $

Transaction no.
Receipt no.

$$ Dollar Madness on Mon

Jose Diaz - No Number

# Event Registration Form

**Event Date:** 9 | 16 | 17     **Lane #s:** 

Booking Name:

**Date of Previous Booking:** _____

Let it Roll Bowl
8925 N. 12th Street
Phoenix, AZ
602-944-4401

Income 8:43 PM
1 Bar Event Deposit
PAYMENT FOR EIGHT --RR

Grand total:

20.00 $
20.00 $
2,2-50
15

Transaction no.
Receipt no.

$$ Dollar Madness on Mon

9/16/2017     8:43

3-90|4     Email     —

☐ Coupon   ☐ R-N-C   ☐ School   ☐ Open

Event Time: 8PM

n Y N (check availability)     # of People: 2

ed in Ultimate & Birthday #1 Packages)     # of Hours: _____

**ult:**
Ultimate
Premium

**Other:**
☐ FFP
☐ Groupon
☐ Other

| QTY | LANE(S) # |
|-----|-----------|
|     |           |

Time: _____   Rescheduled: _____

**Deposit Required on ALL parties of 20 or more (25% deposit) $_____   QUOTE:$ _____**
Special Instructions or requests:

First Contact Employee: _____RR_____     Date _____

Pace – 480-703-9014

PJ 13 of 18

# Event Registration Form

PAID $30

Lane #s: _____

**Date of Previous Booking:** _____

5270349 Email _____

❏ Coupon  ❏ R-N-C  ❏ School  ❏ Open

_____ Event Time: _____

Y  N (*check availability*)    # of People: _____
in Ultimate & Birthday #1 Packages   # of Hours: _____

t:          **Other:**
timate    ❏ FFP       | QTY | LANE(S) # |
remium   ❏ Groupon
            ❏ Other

❏ No Show
Time: _____  Rescheduled: _____  Initial: _____

**Deposit Required on ALL parties of 20 or more (25% deposit) $_____  QUOTE:$ _____**
Special Instructions or requests:

.rst Contact Employee: _____  Date _____

Leonard — 847-527-0849 — walkIn

Pg 14of 18

# Event Registration Form

PAid $ 30

**LET IT ROLL** BOWL & ENTERTAINMENT

Event Date: _____ Lane #s: _____
Booking Name: _____
Previous Booking? Y N   Date of Previous Booking: _____

**CONTACT INFORMATION:**
Name _Noel Hernandez_ Phone # _480 4536189_ Email _____

**WALK IN** ☐   **RSVP** ☐

**EVENT TYPE:** ☐ Party Package ☐ Buy Out ☐ League ☐ Coupon ☐ R-N-C ☐ School ☐ Open

**EVENT INFO:** ☐ Child   ☐ Male   Birthday Name: _____   Event Time: _____
☐ Teen   ☐ Female  Age Group: _____
☐ Adult              Barcelona Room Y N (check availability)   # of People: _____
($35 flat fee-Included in Ultimate & Birthday #1 Packages) # of Hours: _____

| **PACKAGE INFO:** | **Corporate:** | **Birthday:** | **Adult:** | **Other:** | | |
|---|---|---|---|---|---|---|
| ☐ Completed | ☐ Ultimate | ☐ Pkg #1 | ☐ Ultimate | ☐ FFP | **QTY** | **LANE(S) #** |
| ☐ Cancelled | ☐ Premium | ☐ Pkg #2 | ☐ Premium | ☐ Groupon | | |
| ☐ No Show | | | | ☐ Other | | |

Time: _____ Rescheduled: _____ Initial: _____

Seat 2 $3

Deposit Required on ALL parties of 20 or more (25% deposit) $_____  QUOTE:$ _____
Special Instructions or requests: _____

First Contact Employee: _____ Date _____

Noel Hernandez – Walk In
480-453-6189

Pg 15 of 18

# Event Registration Form

**LET IT ROLL**
BOWL & ENTERTAINMENT

Event Date: _____ Lane #s: _Paid $15_

Booking Name: _____

Previous Booking? Y N   Date of Previous Booking: _____

**CONTACT INFORMATION:**
Name _Patrick Touche_ Phone # _480 721 6949_ Email _____

**WALK IN** ☐   **RSVP** ☐

**EVENT TYPE:** ☐ Party Package ☐ Buy Out ☐ League ☐ Coupon ☐ R-N-C ☐ School ☐ Open

**EVENT INFO:** ☐ Child   ☐ Male   Birthday Name: _____ Event Time: _____
☐ Teen   ☐ Female Age Group: _____
☐ Adult   Barcelona Room Y N (check availability) # of People: _____
($35 flat fee-included in Ultimate & Birthday #1 Packages) # of Hours: _____

| **PACKAGE INFO:** | **Corporate:** | **Birthday:** | **Adult:** | **Other:** | | |
|---|---|---|---|---|---|---|
| ☐ Completed | ☐ Ultimate | ☐ Pkg #1 | ☐ Ultimate | ☐ FFP | **QTY** | **LANE(S) #** |
| ☐ Cancelled | ☐ Premium | ☐ Pkg #2 | ☐ Premium | ☐ Groupon | | |
| ☐ No Show | | | | ☐ Other | | |

Time: _____ Rescheduled: _____ Initial: _____

Deposit Required on ALL parties of 20 or more (25% deposit) $_____ QUOTE:$ _Seat #14_

Special Instructions or requests: _____

First Contact Employee: _____ Date _____

Patrick Touche Walkin
480-721-6949

Pg 16 of 18

# Event Registration Form

LET IT ROLL
BOWL & ENTERTAINMENT

SeAt 15

**Event Date:** _____ **Lane #s:** _____
**Booking Name:** _____
**Previous Booking? Y N**   **Date of Previous Booking:** _____

**CONTACT INFORMATION:**
Name _LUIS Bermubes_ Phone # _602 405010_ Email _____   PkLHS.

**WALK IN ☐**   **RSVP ☐**

**EVENT TYPE:** ☐ Party Package ☐ Buy Out ☐ League ☐ Coupon ☐ R-N-C ☐ School ☐ Open

**EVENT INFO:** ☐ Child   ☐ Male   Birthday Name: _____   Event Time: _____
        ☐ Teen   ☐ Female Age Group: _____
        ☐ Adult        Barcelona Room Y N (check availability)   # of People: _____
                ($35 flat fee-included in Ultimate & Birthday #1 Packages) # of Hours: _____

| PACKAGE INFO: | Corporate: | Birthday: | Adult: | Other: | | |
|---|---|---|---|---|---|---|
| ☐ Completed | ☐ Ultimate | ☐ Pkg #1 | ☐ Ultimate | ☐ FFP | **QTY** | **LANE(S) #** |
| ☐ Cancelled | ☐ Premium | ☐ Pkg #2 | ☐ Premium | ☐ Groupon | | |
| ☐ No Show | | | | ☐ Other | | |

Time: _____ Rescheduled: _____ Initial: _____

**Deposit Required on ALL parties of 20 or more (25% deposit) $_____   QUOTE:$ _____**
Special Instructions or requests: _____

.rst Contact Employee: _____ Date _____

LUIS Bermbes- Walk-in
602-405-0101

Pg 17 oF 18

# Event Registration Form

**LET IT ROLL**
BOWL & ENTERTAINMENT

Event Date: _____ Lane #s: _Seat #13_

Booking Name: _____

Previous Booking? Y N    Date of Previous Booking: _____

**CONTACT INFORMATION:**

Name _Marina Gutierrez_ Phone # _480 437 0184_ Email _____    _Paid $15_

**WALK IN ☐       RSVP ☐**

**EVENT TYPE:** ☐ Party Package ☐ Buy Out ☐ League ☐ Coupon ☐ R-N-C ☐ School ☐ Open

**EVENT INFO:** ☐ Child   ☐ Male   Birthday Name: _____   Event Time: _____
                ☐ Teen    ☐ Female  Age Group: _____
                ☐ Adult            Barcelona Room  Y  N  (check availability)   # of People: _____
                                   (*$35 flat fee-included in Ultimate & Birthday #1 Packages*)  # of Hours: _____

**PACKAGE INFO:**    Corporate:    Birthday:    Adult:        Other:
☐ Completed        ☐ Ultimate   ☐ Pkg #1    ☐ Ultimate    ☐ FFP
☐ Cancelled        ☐ Premium    ☐ Pkg #2    ☐ Premium     ☐ Groupon
☐ No Show                                                  ☐ Other

| QTY | LANE(S) # |
|-----|-----------|
|     |           |

Time: _____ Rescheduled: _____ Initial: _____

**Deposit Required on ALL parties of 20 or more (25% deposit) $_____ QUOTE:$ _____**

Special Instructions or requests: _____

First Contact Employee: _____ Date _____

Marina Gutierrez - 480-437-0184 - walkin

# Exhibit 8

# Arizona Corporation Commission Corporations Division
## Website Entity Detail. http://ecorp.azcc.gov/

## Entity Details

| | | | |
|---|---|---|---|
| Entity Name: | LET IT ROLL LLC | Entity ID: | L15796683 |
| Entity Type: | Domestic LLC | Entity Status: | Active |
| Formation Date: | 2/1/2010 | Reason for Status: | In Good Standing |
| Approval Date: | 2/8/2010 | Status Date: | |
| Original Incorporation Date: | 2/1/2010 | Life Period: | Perpetual |
| Business Type: | | Last Annual Report Filed: | |
| Domicile State: | AZ | Annual Report Due Date: | |
| Years Due: | | | |
| Origninal Publish Date: | 7/16/2010 | | |

## Statutory Agent Information

| | | | |
|---|---|---|---|
| Name: | ALPHA LEGAL FORMS & MORE INC | Appointed Status: | Active |
| Address: | 4500 E SPEEDWAY BLVD # 31 , TUCSON, AZ 85712, USA | Agent Last Updated: | 8/10/2010 |
| E-mail: | | Mailing Address: | |
| County: | | | |

## Principal Information

| Title | Name | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|
| Member | OSCAR ALEXANDER | 925 W BASELINE RD H105-3, TEMPE, AZ, 85283, USA | 2/1/2010 | 2/8/2010 |
| Member | STACY ANDERSON | 925 W BASELINE RD H105-3, TEMPE, AZ, 85283, USA | 2/1/2010 | 2/8/2010 |

## Entity Known Place of Business

Arizona Corporation Commission

Page 1 of 2

8/16/2018 8:55:36 AM

# Arizona Corporation Commission Corporations Division
## Website Entity Detail. http://ecorp.azcc.gov/

| Address: | 925 W BASELINE RD H105-3, TEMPE, AZ, 85283, USA | County: | Maricopa | Last Updated: |
|----------|-----|---------|----------|---------------|

**Entity Principal Office Address**

| Address: | | County: | | Last Updated: |
|----------|--|---------|--|---------------|

# Exhibit 9



# License Number: 06070094

| License Number: | 06070094 | Status: | Active |
| --- | --- | --- | --- |
| Business Name: | LET IT ROLL BOWL | | |
| Location Address | 8925 N 12TH ST | | |
| | PHOENIX | AZ | 85020 |
| County | MARICOPA | Bus. Phone | (602)944-4401 |
| Licensee/Agent/Tel: | GUTTILLA, NICHOLAS | (602)944-4401 | |
| Owner: | LET IT ROLL LLC | Exp Date: | 01/31/2018 |
| Issue Date: | 12/09/2016 | Status Date: | 12/09/2016 |
| License Type: | Bar | | |